# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JACOB REED LAMBETH,<br><br>                Defendant. | Case No. 2:08-cr-00115-JCM-PAL<br><br>**ORDER**<br><br>(Emer M/ Quash - Dkt. #44) |

This matter is before the court on non-party Las Vegas Metropolitan Police Department's ("LVMPD") Emergency Motion to Quash (Dkt. #44) filed September 10, 2010 which seeks an order quashing a subpoena *duces tecum* served upon it by Defendant Jacob Lambeth.

Accordingly,

**IT IS ORDERED:**

1. Defendant Lambeth shall have until **September 23, 2010**, in which to file a response to LVMPD's Emergency Motion to Quash (Dkt. #44).

2. A hearing is set on LVMPD's Emergency Motion to Quash on **September 27, 2010**, at **9:15 a.m.**

3. A temporary protective order is entered, and LVMPD need not produce any documents pursuant to Defendant Lambeth's subpoena *duces tecum* pending the court's decision on the merit of the Motion to Quash (Dkt. #44).

Dated this 20th day of September, 2010.

                                                                             _____<br>
                                                                             PEGGY A. LEEN<br>
                                                                             UNITED STATES MAGISTRATE JUDGE