FILED ✓ / RECEIVED / ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD

AUG - 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:08-CR-115-JCM (PAL) |
| JACOB REED LAMBETH, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On April 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JACOB REED LAMBETH to a criminal offense, forfeiting specific property alleged in the Indictment and the Bill of Particulars and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant JACOB REED LAMBETH pled guilty. Docket #1, #25, #63, #64, #65.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 17, 2011, through May 16, 2011, notifying all known third parties of their right to petition the Court. #66.

. . .

. . .

1  On July 29, 2011, the Petition, Stipulation for Return of Property and Order was filed. #71.
2  On July 29, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property.
3  #72.

4  This Court finds no other petitions were filed herein by or on behalf of any person or entity
5  and the time for filing such petitions and claims has expired.

6  This Court finds no petitions are pending with regard to the assets named herein and the time
7  for presenting such petitions has expired.

8  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
11 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
12 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
13 law:

14     a.     a Smith & Wesson, Model Airweight, .38 caliber revolver, serial number
15           BMA3023;
16     b.     a High Standard 20 JC Higgins Sears 12 gauge shotgun, no serial number;
17     c.     eight (8) rounds of assorted 12 caliber ammunition; and
18     d.     any and all ammunition.

19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
20 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
21 any income derived as a result of the United States of America's management of any property forfeited
22 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

23 . . .
24 . . .
25 . . .
26 . . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 2nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE